BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00078-LJO-SKO |
| Plaintiff, | |
| | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT SCOTT ANTHONY PEDRO** |
| v. | |
| SCOTT ANTHONY PEDRO, | |
| Defendant. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to Social Security numbers, dates of birth, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;  The parties agree that entry of a stipulated protective order is appropriate.THEREFORE, Defendant Scott Anthony Pedro

1  ("Defendant"), by and through his counsel of record ("Defense

2  Counsel"), and the United States of America, by and through Assistant

3  United Sttes Attorney Grant B. Rabenn, hereby agree and stipulate as

4  follows\:

5      1.    This Court may enter a protective orde pursuant to Rule

6  16(d) of the Federal Rules of Criminal Procedure, and is general

7  supervisory authority.

8      2.    This Order pertains to all discovery provided to or made

9  available to Defense Counsel as part of discovery in this case

10  (hereafter, collectively known as "the discovery").

11      3.    By signing this Stipulation and Protective Order, Defense

12  Counsel agrees not to share any documents that contain Protected

13  Information with anyone other than Defense Counsel attorneys,

14  designated defense investigators, and support staff.  Defense Counsel

15  may permit Defendant to view unredacted documents in the presence of

16  his attorney, defense investigators, and support staff.  The parties

17  agree that Defense Counsel, defense investigators, and support staff

18  shall not allow Defendant to copy Protected Information contained in

19  the discovery.  The parties agree that Defense Counsel, defense

20  investigators, and support staff may provide Defendant with copies of

21  documents from which Protected Information has been redacted.

22      4.    The discovery and information therein may be used only in

23  connection with the litigation of this case and for no other purpose.

24  The discovery is now and will forever remain the property of the

25  United States of America ("Government").  Defense Counsel will return

26  the discovery to the Government or certify that it has been shredded

27  at the conclusion of the case.

28      5.    Defense Counsel will store the discovery in a secure place

1    and will use reasonable care to ensure that it is not disclosed to

2    third persons in violation of this agreement.

3        6.   Defense Counsel shall be responsible for advising

4    Defendant, employees, and other members of the defense team, and

5    defense witnesses of the contents of this Stipulation and Order.

6        7.   In the event that Defendant substitutes counsel,

7    undersigned Defense Counsel agrees to withhold discovery from new

8    counsel unless and until substituted counsel agrees also to be bound

9    by this Order.

10       8.   Defense Counsel reserves the right to later seek to have the

11   terms of this Order modified or revoked.  Defense Counsel agrees to

12   return the discovery to the Government in its complete form if the

13   terms of this Order are modified or revoked if so requested by the

14   United States.

15       IT IS SO STIPULATED.

16   DATED: June 22, 2012              BENJAMIN B. WAGNER
                                       United States Attorney
17

18                          By:    /s/ Grant B. Rabenn
                                   GRANT B. RABENN
19                                 Assistant U.S. Attorney

20
     DATED: June 22, 2012    By:   /s/ Anthony P. Capozzi
21                                 ANTHONY P. CAPOZZI
                                   Attorney for Defendant
22

23   IT IS SO ORDERED.

24   **Dated:   June 22, 2012**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
25

26

27

28